# **EXHIBIT A**

Case 19-10283    Doc    5-1    Filed 06/26/19    Entered    06/26/19 15:22:29    Desc    Exhibit A    Page    1 of 2

| Company | Bank | Account # (last four) | Acct Description | Patient Deposits? (Y or N) | Medicare/Medicaid Deposits incl? (Y or N) | Federal or State Grant Deposits? | Donations (Y or N) |
|---|---|---|---|---|---|---|---|
| SH | Berkshire | 2628 | ENT | Y | N | N | N |
| SH | Berkshire | 0318 | Corporate Checking | Y | Y | N | N |
| SH | Berkshire | 3704 | Flex Spending | N | N | N | N |
| SH | Berkshire | 3477 | Corporate Checking | Y | Y | N | N |
| SH | Berkshire | 4028 | SH Payroll | N | N | N | N |
| SH | Berkshire | 7042 | General Surgery | Y | N | N | N |
| SH | Berkshire | 0272 | SH Operating | Y | Y | N | N |
| SH | Berkshire | 5325 | SH AP | N | N | N | N |
| SH | Berkshire | 8366 | Orthopedics | Y | N | N | N |
| SH | BNY Mellon | 2500 | IMA | N | N | N | N |
| SH | BNY Mellon | 2520 | IMA Sub Coll | N | N | N | N |
| SH | Community Bank | 9981 | Medical Staff | N | N | N | N |
| SH | People's United | 3439 | Loan Account | N | N | N | N |
| SH | People's United | 6214 | Sweep Acct | N | N | N | N |
| SH | People's United | 7822 | SH Payroll | N | N | N | N |
| SH | People's United | 9294 | Deposit Acct | Y | Y | N | N |
| SH | People's United | 1571 | SH Disbursement Acct | N | N | N | N |
| SH | People's United | 0679 | Sweep Acct | N | N | N | N |
| SH | People's United | 4530 | Loan Account | N | N | N | N |
| SH | People's United | 2203 | Business Checking | N | N | N | N |
| SH | People's United | 2450 | Flex Spending | N | N | N | N |
| SH | People's United | 1659 | Specialty | Y | Y | N | N |
| SH | People's United | 2717 | Business Savings | N | N | N | N |
| Specific Purpose | Mascoma | 0781 | SH Specific Purpose | N | N | N | Y |
| Specific Purpose | People's United | 2084 | SH Specific Purpose | N | N | N | Y |

Shaded rows included in projections