**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

_____
                                                  )
In re:                                            )
                                                  )
SPRINGFIELD HOSPITAL, INC.[1]       )      Chapter 11
                                                  )      Case No. 19-10283
                     Debtor.                  )
_____)

**SUPPLEMENT TO MONTHLY OPERATING REPORT**

        Springfield Hospital, Inc. ("Springfield" or the "Debtor"), files the attached supplement, which was inadvertently omitted from the monthly operating report filed at Docket Entry 150 on August 22, 2018.

Date: August 22, 2019                 /s/ Andrew C. Helman
                                        Andrew C. Helman
                                        Kelly W. McDonald (admitted *pro hac vice*)
                                        Katie Krakowka (admitted *pro hac vice*)
                                        Sage Friedman (admitted *pro hac vice*)
                                        MURRAY, PLUMB & MURRAY
                                        75 Pearl Street, P.O. Box 9785
                                        Portland, Maine  04104-5085
                                        (207) 773-5651

                                        Attorneys For Springfield Hospital, Inc.

---

[1]      The last four digits of the taxpayer identification number of Springfield Hospital, Inc., are 9437.  11 U.S.C. § 342(c)(1).

| QHR Timesheet Summary Invoice - Month of July ||||||| 
|---|---|---|---|---|---|---|
| **Worker** | **Job Title** | **Date** | **Hours** | **Job Category** | **Work Completed** | **Work Detail** |
| Sara Hawkins | Senior Consultant | 7/23/2019 | 1.00 | Consulting | Time sheet | Created timesheet report for reporting on a monthly basis |
| **Sara Hawkins Total** | | | **1.00** | | | |
| Dan Hamman | Vice President Consulting | 6/26/2019 | 5.00 | Consulting | Project Management | Review of Creditor Matrix, Security Holders, Form 220, Delaration SMCS, QHR retention motion, instructions on pre-post payments, and call in for interim committee meeting |
| Dan Hamman | Vice President Consulting | 6/27/2019 | 1.50 | Consulting | Project Management | Review of Objestion motions - Lisa M. Penprazr, use of cash and Objection to retain QHR filed by UST. Review of correct and final version of QHR agreement and Laundry issue for operations. |
| Dan Hamman | Vice President Consulting | 7/12/2019 | 2.50 | Consulting | Project Management | Review of QHR ojjections by UST and response to A. Helman and S. Anderson. |
| Dan Hamman | Vice President Consulting | 7/15/2019 | 4.50 | Consulting | Project Management | Onecare payments, AR balance, cash flow projections (internal), review contracts, bank acct motion, ACO call #1 |
| Dan Hamman | Vice President Consulting | 7/18/2019 | 1.50 | Consulting | Project Management | Meeting with S. Hawkins on time recording, SMCS cash colloertal motion, review of several emails |
| Dan Hamman | Vice President Consulting | 7/19/2019 | 3.00 | Consulting | Project correspsonsence | Review project emails and call with Tom Marshall on staffing. |
| Dan Hamman | Vice President Consulting | 7/23/2019 | 1.25 | Consulting | Project correspsonsence | Review emails for FQHC draws, and time sheets for Court. Forwarded to Kelly for review. Crafted email to QHR CFO on QHR's fee handling during bankruptcy. |
| Dan Hamman | Vice President Consulting | 7/29/2019 | 0.25 | Consulting | Project correspsonsence | Correspondence with Tom Marshall |
| **Dan Hamman Total** | | | **19.50** | | | |
| Mike Donahue | AVP, HFR | 6/27/2019 | 3.00 | AVP HFR | HFR Consulting | Review and conf call with John Waltko re: May ex |
| Mike Donahue | AVP, HFR | 7/8/2019 | 2.00 | AVP HFR | HFR Consulting | Develop proforma cost report & reimbursement |
| Mike Donahue | AVP, HFR | 7/9/2019 | 4.00 | AVP HFR | HFR Consulting | Develop proforma cost report & reimbursement |
| Mike Donahue | AVP, HFR | 7/12/2019 | 7.00 | AVP HFR | HFR Consulting | June Reimbursement Accounting |
| Mike Donahue | AVP, HFR | 7/15/2019 | 2.00 | AVP HFR | HFR Consulting | June Reimbursement Accounting |
| Mike Donahue | AVP, HFR | 7/16/2019 | 4.00 | AVP HFR | HFR Consulting | June Reimbursement Accounting |
| Mike Donahue | AVP, HFR | 7/26/2019 | 4.00 | AVP HFR | HFR Consulting | Develop proforma cost report & reimbursement |
| Mike Donahue | AVP, HFR | 7/30/2019 | 7.00 | AVP HFR | HFR Consulting | Develop proforma cost report & reimbursement |
| Mike Donahue | AVP, HFR | 7/31/2019 | 4.00 | AVP HFR | HFR Consulting | Develop proforma cost report & reimbursement |
| **Mike Donahue Total** | | | **37.00** | | | |
| Phillip Stubblefield | Consultant | 7/2/2019 | 0.50 | Consultant | Consulting | Provided compliance support |
| **Phillip Stubblefield Total** | | | **0.50** | | | |
| Chip Holmes | RVP, Finance Practice | 7/10/2019 | 1.00 | RVP | Project communication | Project discussion with SMCS CEO & CFO |
| Chip Holmes | RVP, Finance Practice | 7/14/2019 | 1.00 | RVP | Contract Review | Reviw SMCS Contract for approval. |
| Chip Holmes | RVP, Finance Practice | 7/16/2019 | 2.00 | RVP | Contract Review | Reviw SMCS Contract for approval and discussion with CEO |
| Chip Holmes | RVP, Finance Practice | 7/23/2019 | 1.00 | RVP | Contract Review | SMCS Contract |
| Chip Holmes | RVP, Finance Practice | 6/27/2019 | 4.00 | RVP | Project management | Preparing detail for SMCS court date. |
| Chip Holmes | RVP, Finance Practice | 6/28/2019 | 2.00 | RVP | Travel | Travel for SMCS court date |
| Chip Holmes | RVP, Finance Practice | 6/28/2019 | 6.00 | RVP | Court session | Apprearance for court. |
| **Chip Holmes Total** | | | **17.00** | | | |
| Deborah Boleware | Consultant | 7/9/2019 | 6.00 | HFR | CAH Model | Update CAH Model based on FYE 09/30/2018 Medicare Cost Report |
| Deborah Boleware | Consultant | 7/10/2019 | 2.00 | HFR | CAH Model | Update CAH Model based on FYE 09/30/2018 Medicare Cost Report |
| **Deborah Boleware Total** | | | **8.00** | | | |
| John Waltco | VP, Regulatory & Financial Reporting | 6/26/2019 | 2.00 | HFR | Documentation | alternative delivery models document |
| John Waltco | VP, Regulatory & Financial Reporting | 6/27/2019 | 3.00 | HFR | Modeling | Review Donahue WPs. Continue to develop alternative provider models |
| John Waltco | VP, Regulatory & Financial Reporting | 7/2/2019 | 1.50 | HFR | Modeling | Review re payment request letters from ACO, update ACO shared savings worksheets. Draft email memo to Mike Halstead |
| John Waltco | VP, Regulatory & Financial Reporting | 7/8/2019 | 2.00 | HFR | Project Correspondence | Conference Call with Mike and Tom, review aco settlement worksheets sent by Mike during conference call |

| Name | Title | Date | Hours | Category | Subcategory | Description |
|---|---|---|---|---|---|---|
| John Waltco | VP, Regulatory & Financial Reporting | 7/12/2019 | 0.50 | HFR | Project Correspondence | Review Mikes Emails, Calander and craft reply |
| John Waltco | VP, Regulatory & Financial Reporting | 7/15/2019 | 4.50 | HFR | Modeling | Start reviewing PIP Payable to ACO: Review PSRs, summarize and compare to Financial Statement Estimates made in January. COnference call with team and discuss ACO/Next Steps etc |
| John Waltco | VP, Regulatory & Financial Reporting | 7/16/2019 | 4.50 | HFR | Modeling | Continue to work up settlement with ACO Estimate |
| John Waltco | VP, Regulatory & Financial Reporting | 7/17/2019 | 0.50 | HFR | Modeling | Pull Repayment Regulations and such and send to QHR Team. Discuss them. Also discuss repayments in bankruptcy case and request stay be placed on CMS with Legal Counsel |
| John Waltco | VP, Regulatory & Financial Reporting | 7/18/2019 | 0.50 | HFR | Project Correspondence | Discuss/Memo to legal counsel on repayments to CMS. Explanatory in natureAlso discuss repayments in bankruptcy case and request stay be placed on CMS with Legal Counsel. |
| John Waltco | VP, Regulatory & Financial Reporting | 7/23/2019 | 5.00 | HFR | Modeling | Back to Springfield: reconcile settlements with ACO. Reconcile traditional claims as reported on PSRs to ACO Claims based on Barry Dunn work conducted in Jan 2018 |
| John Waltco | VP, Regulatory & Financial Reporting | 7/24/2019 | 3.25 | HFR | Project Correspondence | Conference call: continue to work on settlement estimates |
| John Waltco | VP, Regulatory & Financial Reporting | 7/25/2019 | 2.00 | HFR | Project Correspondence | Conference call..finish up PSR analysis |
| John Waltco | VP, Regulatory & Financial Reporting | 7/30/2019 | 0.75 | HFR | Project Correspondence | Restart review of settlement data including new PSR Reports |
| **John Waltco Total** | | | **30.00** | | | |
| Scott Towle | AVP, Strategic Positioning | 7/10/2019 | 1.50 | AVP, Strategic Positioning | Project Communication | Call agenda + call |
| Scott Towle | AVP, Strategic Positioning | 7/15/2019 | 1.00 | AVP, Strategic Positioning | Project Communication | ACO call, minutes |
| Scott Towle | AVP, Strategic Positioning | 7/24/2019 | 1.00 | AVP, Strategic Positioning | Project Communication | ACO call + weekly call agenda + minutes (see time log) |
| **Scott Towle Total** | | | **3.50** | | | |
| Mark Henning | Director, Clinical & Operational Improvement | 7/11/2019 | 3.00 | Clinical Operations | Workforce Efficiency | Review Data and conference call |
| **Mark Henning Total** | | | **3.00** | | | |
| David Jensen | Principal, Revenue Cycle | 6/27/2019 | 0.50 | Principal, Revenue Cycle | Consulting | Charge capture analysis |
| David Jensen | Principal, Revenue Cycle | 7/2/2019 | 1.00 | Principal, Revenue Cycle | Consulting | Charge capture analysis |
| **David Jensen Total** | | | **1.50** | | | |
| **Grand Total** | | | **121.00** | | | |